# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § | Civil Action No. 6:17-CV-0687-JRG-JDL |
| v. | | |
| NEC CORPORATION | | JURY TRIAL DEMANDED |

## JOINT MOTION TO ENTER DISCOVERY ORDER

The parties have reached an agreement on all provisions of the attached proposed Discovery Order and hereby jointly request entry of same by the Court.

Dated: September 25, 2018

Respectfully submitted,

By: */s/ John D. Saba*
William M. Parrish
Lead Attorney
Texas State Bar No. 15540325
Minghui Yang
Texas State Bar No. 24091486
**HARDY PARRISH YANG, LLP**
Spicewood Business Center
4412 Spicewood Springs Rd.
Suite 202
Austin, Texas 78759
(512) 520-9407
bparrish@hpylegal.com
myang@hpylegal.com

John D. Saba Jr.
Texas State Bar No. 24037415
**WITLIFF | CUTTER | AUSTIN PLLC**
1803 West Avenue
Austin, Texas 78701
(512) 960-4438 (Phone)
(512) 960-4869 (Fax)
john@wittliffcutter.com

        John Lee (admitted to E.D. Texas)
        California Bar No. 229911
        **BANIE & ISHIMOTO LLP**
        3705 Haven Ave. #137
        Menlo Park, CA 94025
        (650) 241-2771
        (650) 241-2770 (Fax)
        jlee@banishlaw.com

        *Counsel for Plaintiff*
        LONE STAR TECHNOLOGICAL
        INNOVATIONS, LLC,


By: */s/ Adam A. Allgood*
        Adam A. Allgood
        Texas State Bar No. 24059403
        aallgood@morganlewis.com
        **MORGAN, LEWIS & BOCKIUS LLP**
        1000 Louisiana Street, Suite 4000
        Houston, Texas 77002
        (713) 890-5000 Telephone
        (713) 890-5001 Facsimile

        Robert W. Busby, LEAD ATTORENY
        Virginia Bar No. 41312 (*Application for Admission Pro Hac Vice Pending*)
        rbusby@morganlewis.com

        *Counsel for Defendant*
        NEC CORPORATION


## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I electronically filed the foregoing Motion using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

        */s/ John D. Saba*
        John D. Saba, Jr.